# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: Bruce W. Black

Bankruptcy Case No. 10 B 56882

Title of Case: BATES

Hearing Date: 3-18-11

Adversary No.

**Brief Statement of Motion:** Application for Compensation for Debtor's Attorney

**Names and Addresses of moving counsel:** GERACI

**Representing:**

## ORDER

It is hereby ordered the fee application is denied without prejudice for improper notice.

_/s/ Bruce W. Black_
Bruce W. Black
U.S. Bankruptcy Judge

18 MAR 2011